736

## Kappe Associates, Inc. *v.* Aetna Casualty and Surety Company, Appellant, et al.

opinion by WAJERT, J. Argued March 19, 1975. *John L. Lachall,* with him *Reilly & Fogwell,* for appellant; *Burton Neil,* with him *Allen O. Olin,* and *Olin and Neil,* for appellee.

Order affirmed.

## La Vay *v.* La Vay, Appellant.

opinion by LOWE, J. Argued March 18, 1975. *E. Solum,* with him *James A. Lynch,* for appellant; *Jack A. Rounick,* with him *Jerold S. Berschler,* for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent review of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

## Leonard et al. *v.* Gerinzer, Appellant.

Argued March 24, 1975. *John C. Youngman, Sr.,* with him *James J. McEldrew,* and *Candor, Youngman, Gibson & Gault,* and *McEldrew, Hanamiriam, Quinn, Bradley & D'Amico,* for appellant; *Lester L. Greevy, Jr.,* with him *Greevy, Knittle & Mitchell,* for appellees.

Judgment affirmed.

## M. A. Kravitz Company, Inc. *v.* McCrory Corporation, Appellant.